FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED SHAW, an unmarried individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | NO: 2:17-CV-432-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER |

　　　BEFORE THE COURT is the Parties' Stipulated Motion for a Protective Order, ECF No. 14. The Court has reviewed the terms and finds good cause to grant the motion.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1. The Parties' Stipulated Motion for a Protective Order, **ECF No. 14**, is

　　　　**GRANTED**.

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1

2. The Protective Order will be entered as a separate document on the Court's docket in this matter.

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** July 30, 2018.

                                    *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                United States District Court